UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

TARREL D. ANDERSON,

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **07-226-M**

I, **TARREL D. ANDERSON**, charged in a complaint pending in this District with **BEING A FELON IN POSSESSION OF A FIREWARM**, in violation of Title **18**, U.S.C., **922(g)(1) and 924(a)(2)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

*Tarrell Anderson*
Defendant

*[signature]*
Counsel for Defendant

11/15/07



FILED

NOV 15 2007

U.S. DISTRICT COURT